UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE JAMES THOMAS,<br><br>                     Petitioner,<br>   v.<br><br>STATE OF NEVADA, et al.<br><br>                    Respondents. | Case No. 3:22-cv-00541-ART-CLB<br><br>**Order Denying Application to Proceed *In Forma Pauperis***<br><br>**(ECF No. 6)** |

    Eddie James Thomas has submitted a *pro se* petition for writ of habeas corpus and has now filed an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 6.) Based on the current information about petitioner's financial status, including any additional information he may have provided, the court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

    **IT IS THEREFORE ORDERED** that petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 6) is **DENIED**. Petitioner has 45 days from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk of Court.

    **IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action. The Clerk is directed to RETAIN the petition but not file it at this time.

    DATED THIS 3rd day of February 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1